**J. BENNETT FRIEDMAN, ESQ., SBN 147056**
*jfriedman@flg-law.com*
**MICHAEL SOBKOWIAK, ESQ., SBN 242718**
*msobkowiak@flg-law.com*

**FRIEDMAN LAW GROUP, P.C.**
1901 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-8210

Attorneys for Plaintiff
Galerie Michael, a California corporation

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GALERIE MICHAEL, a California corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ELISABETTA SETZU, an individual,<br><br>　　　　Defendant. | Case No.<br>2:20−cv−10235 RGK (MRWx)<br><br>**[PROPOSED]** ORDER GRANTING AMENDED STIPULATION FOR ENTRY OF PERMANENT INJUNCTION |

(Note: "PROPOSED" is struck through.)

1
STIPULATED PERMANENT INJUNCTION

## STIPULATED PERMANENT INJUNCTION

On November 6, 2020, plaintiff Galerie Michael ("Galerie Michael" or "Plaintiff") commenced this action against defendant Elisabetta Setzu ("Setzu" or "Defendant") by filing a Complaint for: (1) Violation of the Defend Trade Secrets Act, 18 U.S.C. § 1836, *et seq.*; (2) Misappropriation of Trade Secrets Under Cal. Civ. Code § 3426.1, *et seq.*; (3) Unfair Competition in violation of Cal. Business & Professions Code § 17200 and common law; (4) Common Law Misappropriation and Unfair Competition; (5) Violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030; (6) Violation of the California Comprehensive Computer Data Access and Fraud Act, Cal. Penal Code § 502; and (7) Intentional Interference with Prospective Economic Advantage (the "Complaint") [Dkt. No. 1].

The Complaint requests the Court grant a permanent injunction against Defendant, enjoining her from using Galerie Michael's confidential and trade secret documents and information, and from the use of, or efforts to monetize, a collection of essays (the "Rembrandt Catalog"); directing Defendant to return all of Galerie Michael's property and to remove Galerie Michael's trade secrets from any location they may be maintained by Defendant; and prohibiting Defendant from benefiting from the alleged misappropriation by contacting Galerie Michael's clients. *See* Complaint at p. 16:18-25.

The Court having reviewed and considered the *Amended Stipulation for Entry of Permanent Injunction* ("Stipulation") filed in this action on March 12, 2021 [Dkt. No. 17], pursuant to which Setzu has consented to entry of a permanent injunction in favor of Galerie Michael, and finding good cause therefore,

**IT IS HEREBY ORDERED:**

In accordance with the agreement between Galerie Michael and Setzu, the Stipulation is approved and the Court enters a Permanent Injunction as follows:

> **Defendant and her attorneys are permanently and forever enjoined from using, incorporating,**

**appropriating, taking, transferring, disclosing, distributing, or committing any other act suggesting ownership of the Rembrandt Catalog and Galerie Michael's confidential information. Galerie Michael's confidential information includes, without limitation, Galerie Michael's client data (including client contacts), contracts (final or drafts), term sheets (final or drafts), account information, records of communications with clients and potential clients, sales activities, internal reporting, business plans, marketing strategy, training activities and strategies, pricing information, contact information contained in client emails or other communications, notes of communications, financial information, product offerings, and any and all information stored in Galerie Michael's corporate computer system.**

Notwithstanding the dismissal of this action, the Court shall retain jurisdiction and authority to enforce the terms of this Permanent Injunction.

**IT IS SO ORDERED.**

Dated: March 26, 2021

*/s/ Gary Klausner*
R. Gary Klausner
United States District Judge